IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICIA DODSON                                                              PLAINTIFF

v.                              NO.  4:08CV03925 JMM

UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES, By and
Through the University of Arkansas System,
Board of Trustees, et. al.                                                   DEFENDANTS

## ORDER

Pending is the Plaintiff's motion for a Temporary Restraining Order.  (Docket # 2). Defendants have responded and state that the University of Arkansas for Medical Sciences ("UAMS") is currently maintaining the embryos in question in a frozen state at its facility. Defendants agree to maintain the embryos in their current state and condition pending the final resolution of this case.  Accordingly, the Current Medical Director at the University of Arkansas for Medical Sciences is directed to continue to maintain the frozen embryos at their current location and in their current condition and state pending the final resolution of this litigation.

Wherefore, Plaintiff's motion for Temporary Restraining Order is denied as moot.

IT IS SO ORDERED this 29th day of October, 2008.


_____
James M. Moody
United States District Judge