IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICIA DODSON                                                                          PLAINTIFF

v.                        NO.  4:08CV03925 JMM

UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES, By and
Through the University of Arkansas System,
Board of Trustees, et. al.                                                              DEFENDANTS

## ORDER

Pending are Defendants' motions to dismiss.  (Docket #'s 10 and 12).  For the reasons stated on the record in the hearing held on this date, Defendants' motions to dismiss are GRANTED.

The *Rooker-Feldman* doctrine precludes this Court from exercising jurisdiction over Plaintiff's claims.  The *Rooker-Feldman* doctrine states that district courts do not have subject matter jurisdiction over challenges to state court decisions in judicial proceedings.  *Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923); *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983).  The Court has studied Plaintiff's claims and finds that they are inextricably intertwined with the state court proceedings.  Plaintiff's claims could succeed only upon a finding that the state courts wrongly decided the issues.  The Court finds that the *Rooker-Feldman* doctrine bars Plaintiff's claims.  Plaintiff's complaint is hereby dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED this 27th day of February, 2009.

_____
James M. Moody
United States District Judge